IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

***BEFORE DISTRICT JUDGE JAMES O. BROWNING***

| | | | |
|---|---|---|---|
| **CASE NO.:** | 15-146 JB/SCY | **DATE:** | September 24, 2015 |
| **CASE CAPTION:** | *Fallen, et al. v. GREP Southwest, et al.* | | |
| **CRD:** | K. Wild | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 8:43 a.m. | **COURT IN RECESS:** | 9:00 a.m. = :17 |

**TYPE OF PROCEEDING:**  Initial Scheduling Conference

**COURT'S RULING/DISPOSITION:**  (see below)

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**  Scheduling Order to be entered by Court

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

Marc Lowry/Alicia Lopez

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Claud Eugene Vance (for Deft. GREP Southwest & SCI Camino Real LLC) (appearing telephonically)

Charity A. Olson (for Deft. National Credit Systems) (appearing telephonically)

Christina West (for Deft. Suredeposit/Insureco Agency)

Michelle Egan (for Deft. Equifax) (appearing telephonically)

Jennifer Sun (for Deft. Experian) (appearing telephonically)

Rod Schlagel (for Deft. TransUnion) (appearing telephonically)

Amanda Loughmiller (for Deft. TransUnion) (appearing telephonically)

**PROCEEDINGS**

**COURT IN SESSION:**  **8:43 a.m.**

**Court:** Calls case. Counsel enter appearances. Chandice Saavedra, paralegal, present with Plaintiffs' counsel.

**Court:** Have reviewed JSR/PDP; asks if there is anything counsel wish to tell Court about case that

might impact scheduling?

**Mr. Lowry:**   Have been in discussions with Ms. West and there may be another party that needs to be brought into case.

**Mr. Vance:**   Asserts there is no federal claim against his client.

**Court:**   Would fall under supplemental jurisdiction?

**Mr. Lowry:**   Yes.

**Court:**   Is position Court lacks jurisdiction?

**Mr. Vance:**   Not as to other Defendants, but as to his client – think supplemental jurisdiction may apply to his client.

**Court:**   Can independently look at it or can file motion.

**Mr. Vance:**   Will file motion.

**Ms. West:**   Agree have good faith dispute as to whether another party needs to be added – may need to file motion to intervene.

**Court:**   Provides deadlines to be contained in Scheduling Order. Explains how handles trailing docket. If prefer different magistrate judge for settlement conference let Court know. Explains how handles discovery. Suggests post- meet and confer pre-motion conferences - do not require. If file early motions call CRD for hearing ASAP. If need *Daubert* deadlines and cannot agree let CRD know for Court to resolve – prefer to have *Daubert* issues resolved before trial. Will plan to try case in ABQ with northern jury pool (as will be defined after November 15, 2015). Anything further?

Counsel inform there is not.

**COURT IN RECESS:   9:00 a.m.**