# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Steven C. Yarbrough
## United States Magistrate Judge

### Clerk's Minutes

1:15-cv-00146 JB/SCY

*Fallen v. GREP Southwest, LLC et al.*
October 27, 2015

**PLAINTIFF'S ATTORNEY PRESENT:**      Marc Lowry

**DEFENDANT'S ATTORNEY PRESENT:**      Charity Olson, Christina West, Michelle Egan, Jennifer Sun, Rodney Schlagel

**TYPE OF PROCEEDING:**     Status Conference
Total Time – 30 Minutes

**COURT'S NOTES/RULINGS:**

- The Court tentatively scheduled a settlement conference for 1/13/2016.
- The Court also asked the parties to keep 1/8/2016 open pending approval of the 1/13/2016 date.
- The Court requested that the parties confirm that their clients are available for the 11/13/2016 settlement conference before 10/29/2015.
- The Court concluded the conference.