**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| KENTH FALLEN AND LAURA FALLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>GREP SOUTHWEST, LLC, *et al*.<br><br>Defendants. | Case No. 1:15-CV-00146-JB-SCY<br>Hon. Judge James O. Browning |

**<u>STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT FEES OR COSTS</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant National Credit Systems, Inc., as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Defendant National Credit Systems, Inc. with prejudice.

*Dated: June 22, 2017*

*/s/ Marc M. Lowry*
Marc M. Lowry
Alicia C. Lopez
**ROTHSTEIN DONATELLI, LLP**
500 4th Street NW, Suite 400
Albuquerque, NM 87102
Tel: (505) 243-1443
mlowry@rothsteinlaw.com
alopez@rothsteinlaw.com

*/s/ Charity A. Olson*
Charity A. Olson (P68295)
**OLSON LAW GROUP**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712
colson@olsonlawpc.com

**CERTIFICATE OF SERVICE**

I, Charity A. Olson, hereby state that on June 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

*/s/ Charity A. Olson*
Charity A. Olson (P68295)
**OLSON LAW GROUP**