**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KENTH FALLEN AND LAURA FALLEN,

Plaintiffs,

vs.

GREP SOUTHWEST, LLC, *et al*.

Defendants.

Case No. 1:15-CV-00146-JB-SCY
Hon. Judge James O. Browning

## AMENDED STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant National Credit Systems, Inc., as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Defendant National Credit Systems, Inc. with prejudice.

*Dated: June 23, 2017*

*/s/ Alicia C. Lopez*
Marc M. Lowry
Alicia C. Lopez
**ROTHSTEIN DONATELLI LLP**
500 4th Street NW, Suite 400
Albuquerque, NM 87102
Tel: (505) 243-1443
mlowry@rothsteinlaw.com
alopez@rothsteinlaw.com

*/s/ Charity A. Olson*
Charity A. Olson (P68295)
**OLSON LAW GROUP**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712
colson@olsonlawpc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23RD day of June, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

/s/ Alicia C. Lopez 6/23/17
ROTHSTEIN DONATELLI LLP