FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE NEW MEXICO
JUN 27 2017
MATTHEW J. DYKMAN
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KENTH FALLEN AND LAURA FALLEN,

Plaintiffs,

vs.

GREP SOUTHWEST, LLC, *et al.*

Defendants.

Case No. 1:15-CV-00146-JB-SCY
Hon. Judge James O. Browning

**ORDER GRANTING AMENDED STIPULATION OF DISMISSAL OF NATIONAL CREDIT SYSTEMS, INC.**

THIS MATTER came before the Court upon the Amended Stipulation of Dismissal of Defendant National Credit Systems, Inc., approved by counsel for the parties. The Court, being fully advised in the premises, approves the Amended Stipulation and finds that this cause should be dismissed with prejudice as to Defendant National Credit Systems, Inc., in accordance with the terms of the Amended Stipulation of Dismissal.

IT IS THEREFORE ORDERED that the above-entitled cause is missed with prejudice as to Defendant National Credit Systems, Inc. The parties shall bear their own court costs and attorneys' fees.

JAMES O. BROWNING
UNITED STATES DISTRICT COURT JUDGE

Mr. Lowry has assured the Court that all counsel in this case approve this motion and order.
JOB
6/27/17

*APPROVED:*

*/s/ Alicia C. Lopez*
Marc M. Lowry
Alicia C. Lopez
**ROTHSTEIN DONATELLI LLP**
500 4th Street NW, Suite 400
Albuquerque, NM 87102
Tel: (505) 243-1443
mlowry@rothsteinlaw.com
alopez@rothsteinlaw.com

*/s/ Charity A. Olson*
Charity A. Olson (P68295)
**OLSON LAW GROUP**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712
colson@olsonlawpc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23RD day of June, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

/s/ Alicia C. Lopez 6/23/17
ROTHSTEIN DONATELLI LLP