**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

KENTH FALLEN and
LAURA FALLEN,

Plaintiffs,

vs. No. CIV 15-0146 JB/SCY

GREP SOUTHWEST, LLC; SCI CAMINO REAL FUND, LLC, d/b/a CAMINO REAL APARTMENTS; NATIONAL CREDIT SYSTEMS, INC.; INSURECO AGENCY & INSURANCE SERVICES, INC. d/b/a SUREDEPOSIT; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and TRANSUNION, LLC.,

Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Stipulation of Voluntary Dismissal, filed January 21, 2016 (Doc. 91)("TransUnion Dismissal"); (ii) the Stipulation of Voluntary Dismissal, filed February 5, 2016 (Doc. 96)("Experian Dismissal"); (iii) the Stipulation of Voluntary Dismissal, filed March 4, 2016 (Doc. 101)("Equifax Dismissal"); (iv) the Stipulation of Voluntary Dismissal of Insureco Agency & Insurance Services, Inc. and Notice of Withdrawal of Motion to Intervene, filed May 2, 2016 (Doc. 115)("SureDeposit Dismissal"); (v) the Amended Stipulation to Dismiss with Prejudice, filed June 22, 2017 (Doc. 137)("National Credit Dismissal"); and (vi) the Court's Order, filed January 15, 2016 (Doc. 90)("Settlement Order"). In the TransUnion Dismissal, under rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Kenth Fallen and Laura Fallen stipulated to the voluntary dismissal with prejudice of Defendant TransUnion, LLC from the case. See TransUnion Dismissal at 1. In the Experian

Dismissal, under rule 41(a)(1)(A)(ii), the Fallens stipulated to the voluntary dismissal with prejudice of Defendant Experian Information Solutions, Inc. from the case. See Experian Dismissal at 1. In the Equifax Dismissal, under rule 41(a)(1)(A)(ii), the Fallens stipulated to the voluntary dismissal with prejudice of Defendant Equifax Information Services, LLC from the case. See Equifax Dismissal at 1. In the SureDeposit Dismissal, under rule 41(a)(1)(A)(ii), the Fallens stipulated to the voluntary dismissal with prejudice of Defendant Insureco Agency & Insurance Services, Inc. d/b/a SureDeposit from the case. See SureDeposit Dismissal at 1. In the National Credit Dismissal, under rule 41(a)(1)(A)(ii), the Fallens stipulated to the voluntary dismissal with prejudice of Defendant National Credit Systems, Inc. from the case. See National Credit Dismissal at 1. In the Settlement Order, the Honorable Steven C. Yarbrough, United States Magistrate Judge for the United States District Court for the District of New Mexico, concluded that, at the January 13, 2016, settlement conference, Defendants GREP Southwest, LLC, and SCI Camino Real Fund, LLC "reached a settlement agreement with Plaintiffs on all issues with the exception of attorney fees." Order at 1. See Transcript of Rule 16 Settlement Conference at 3:6-8:14 (taken January 13, 2016), filed October 27, 2016 (Doc. 129)("Settlement Conference Tr.")(Court, Vance, Lowry, L. Fallen)(stipulating to a settlement of all claims and issues in the case, except for attorneys' fees). On March 30, 2017, the Court issued the Attorneys' Fees Opinion and Order, which awarded attorneys' fees to the Fallens against GREP Southwest, Camino Real, and National Credit. See Memorandum Opinion and Order at 73, filed March 30, 2017 (Doc. 132)("Attorneys' Fees Opinion and Order"). Accordingly, the Court's Attorneys' Fees Opinion and Order disposes of the final issue in this case. See Hearing Transcript at 6:3-6 (taken June 23, 2017)(Court, Lopez)("June 23, 2017 Tr.")[1](Court: "There are

---

[1]The Court's citations to the transcript of the hearing refer to the court reporter's original,

no claims in [this case]. That's what you told me." Lopez: "No remaining, claims, Your Honor.")(alteration added). See also Settlement Conference Tr. at 3:6-15 (Court)(concluding that, regarding GREP Southwest and Camino Real, the attorneys' fees issue only remained in the case); id. at 12:9-11 (Olson)(representing that, regarding National Credit, the attorneys' fees issue only remained in the case). Because the Fallens represent to the Court that there are "no remaining claims" in this case, June 23, 2017 Tr. at 6:5-6 (Lopez), the Court, pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure, dismisses with prejudice GREP Southwest and Camino Real from the case. Because the Court has disposed of all issues, claims, and parties before the Court, the Court now enters Final Judgment in this matter and dismisses the case with prejudice.[2]

**IT IS ORDERED** that: (i) Final Judgment is entered; and (ii) the case is hereby dismissed with prejudice.

---

unedited version. Any final transcript may contain slightly different page and/or line numbers.

[2]At the June 23, 2017, hearing, the Court proposed to enter Final Judgment. See June 23, 2017 Tr. at 4:22-23 (Court)("Why don't I enter a final judgment . . . and you go collect, start levying against their property?"). The parties agreed this was a reasonable way forward. See June 23, 2017 Tr. at 5:10-11 (Lopez)(We can certainly do that, if that's what the Court prefers to do."); id. at 9:10-11 (Vance)("I think that the judgment would be a good next step."). At the June 26, 2017, hearing, the parties informed the Court that SCI Camino Real Fund, LLC, had dissolved. See Hearing Transcript at 2:15-17 (taken June 26, 2017)("June 26, 2017 Tr.")(Vance); id. at 3:25-4:1 (Lowry). The Fallens asked the Court "to send this back to [Magistrate Judge] Yarbrough" so that they could pursue additional discovery. June 26, 2017 Tr. at 10:4-5 (Lowry). See Tr. at 17:23-25 (Lowry)("I'd like to get some limited discovery before we actually sit down with Mr. Yarbrough."). The Court then asked the Fallens, "If Judge Yarbrough says no . . . What is your second choice?" Tr. at 18:9-11 (Court). The Fallens replied, "At that point, your Honor, I think I'd be, I think the Court would enter a final judgment . . . ." Tr. at 18:12-14 (Lowry). The Court stated that "I'll go talk to Judge Yarbrough. . . . If he doesn't want to deal with it anymore, doesn't think he can be useful, then it sounds like the second choice of everybody is to enter this [final judgment]." Tr. at 19:11:16 (Court).

UNITED STATES DISTRICT JUDGE

*Counsel:*

Kristina Martinez
Coberly and Martinez, LLP
Santa Fe, New Mexico

-- and --

Marc M. Lowry
Alicia C. Lopez
Rothstein Donatelli LLP
Albuquerque, New Mexico

*Attorneys for the Plaintiffs*

Claud E. Vance
Vance, Chavez & Associates
Albuquerque, New Mexico

*Attorneys for Defendants GREP Southwest, LLC, and SCI Camino Real Fund, LLC*

Charity Olson
Olson Law Group
Ann Arbor, Michigan

*Attorneys for Defendant National Credit Systems, Inc.*

Benjamin E. Thomas
Sutin Thayer & Browne
Albuquerque, New Mexico

-- and --

Christina S. West
Johnson Barnhouse & Keegan LLP
Los Ranchos de Albuquerque, New Mexico

*Attorneys for Defendant Insureco Agency & Insurance Services, Inc.*

Patricia Williams
Wiggins, Williams & Wiggins, P.C.
Albuquerque, New Mexico

-- and --

Michelle Cohen Egan
King & Spalding
Atlanta, Georgia

*Attorneys for Defendant Equifax Information Services, LLC*

Charles J. Vigil
Rodey, Dickson, Sloan, Akin, & Robb, P.A.
Albuquerque, New Mexico

-- and --

Jennifer Sun
Jones Day
Irvine, California

*Attorneys for Defendant Experian Information Solutions, Inc.*

Rodney L. Schlagel
Butt, Thornton & Baehr, PC
Albuquerque, New Mexico

*Attorneys for Defendant TransUnion LLC*